UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RMB HOLDINGS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:07-CV-406 |
| | ) | (SHIRLEY) |
| GOLDBERG & ASSOCIATES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **AMENDED JUDGMENT ON DECISION BY THE COURT**

This civil action is before the Court to amend its previously entered Judgment [Doc. 29] awarding plaintiff RMB Holdings a judgment against defendant Goldberg & Associates in the amount of $5,517,780.61. As a result of a typographical error, the Court erroneously dismissed the action with prejudice. Therefore, pursuant to Fed.R.Civ.P. 60, the Court hereby amends its previously entered Judgment [Doc. 29], filed on June 27, 2008, whereby the second paragraph is DELETED and the following paragraph is SUBSTITUTED in lieu thereof:

It is **ORDERED and ADJUDGED** that the plaintiff RMB Holdings, LLC, located at 409 Bearden Park Circle, Knoxville, Tennessee, be awarded a judgment against defendant Goldberg & Associates, LLC, located at 640 Northwest 38th Circle, Boca Raton, Florida, in the sum of Five Million Five Hundred Seventeen Thousand Seven Hundred Eighty Dollars and Sixty-One Cents ($5,517,780.16), with post judgment interest thereon as provided by 28 U.S.C. § 1961,

In all other respects, the Judgment is hereby AFFIRMED.

Dated at *Knoxville, Tennessee,* this 3rd day of July, 2008.

                                            */s/ Patricia L. McNutt*
                                            PATRICIA L. McNUTT
                                            CLERK OF COURT